GEORGE KRAUSS, Appellant, *v.* JAMES LAYMAN, Respondent.

Submitted May 25, 1942; decided October 15, 1942.

*Herbert F. Hastings, Jr.,* for motion.

No one opposed.

Motion granted and appeal dismissed.

---

NATHAN B. KOGAN, as Executor of MARY WINTER, Deceased, Respondent, *v.* GUSTAVE BONDY, Defendant.

CHARLES BONDY, as Executor of GUSTAVE BONDY, Deceased, Appellant.

Reported below, 264 App. Div. 717.
Submitted July 29, 1942; decided October 15, 1942.

*Nathan B. Kogan* and *Joseph S. Robinson* for motion.

*Leonard Acker* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements. The order is one of reversal and does not finally determine the action.